IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. H-90-424 (02) |
| | § | |
| GERMAN DUQUE | § | |

## **FINAL ORDER**

Pursuant to this Court's Opinion and Order of even date herewith, the "Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) Relying on Retroactive Amendments 591 and 599" (Instrument no. 472) of Defendant German Duque is **DENIED**.

**THIS IS A FINAL, APPEALABLE ORDER.**

**DONE** at Galveston, Texas, this 5th day of December, 2006.

_____
Samuel B. Kent
United States District Judge